**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BILLY JOE HENSON                                                                                    PLAINTIFF
ADC #77911

V.                                              5:07CV00055 WRW

DAVID WHITE *et al.*                                                                              DEFENDANTS

## <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of October, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE